IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WILLIE J. WOODS,

        Petitioner,               No. CIV S-08-2228 JAM GGH P

    vs.

D.K. SISTO, et al.,

        Respondents.        <u>ORDER</u>

_____/

On November 3, 2008, respondents filed a motion to dismiss.  Petitioner has not opposed the motion.  However, on November 24, 2008, petitioner filed a pleading with the court stating that he had not received a response from respondent to the petition.  It appears that petitioner did not receive the motion to dismiss.

Accordingly, IT IS HEREBY ORDERED that within five days of the date of this order, respondent shall re-serve petitioner with the motion to dismiss and file proof of re-service; petitioner's opposition is due within thirty days of the date of this order; respondent may file a reply within ten days thereafter.

DATED: December 15, 2008

                    /s/ Gregory G. Hollows

                _____
                  GREGORY G HOLLOWS
                  UNITED STATES MAGISTRATE JUDGE

wo2228.ord

1